UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| OCCIDENTAL FIRE AND CASUALTY COMPANY OF NORTH CAROLINA<br><br>　　　　　　　　Plaintiff,<br><br>　　- against -<br><br>MONICA BERNAL AND YURY VARGAS and Ashkan Pajoohi and Stephanie Atkinson as Interested Parties.<br><br>　　　　　　　　Defendants. | Case No. 15-CV-0758-RJD-SMG<br><br>**STIPULATION** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that the time for Defendants Monica Bernal and Yury Vargas to answer or otherwise respond to the Complaint in the above-captioned action, shall be, and is hereby extended through and including April 24, 2015.

NYDOCS1-810352.1

**IT IS FURTHER STIPULATED AND AGREED**, that a copy of this signed Stipulation may be treated as an original signed Stipulation.

Dated: March 20, 2015

| WHITE FLEISCHNER & FINO, LLP | ANDERSON KILL P.C. |
|---|---|
| By: /s/ Janet P. Ford<br>Janet P. Ford<br>Jennifer F. Mindlin | By: /s/ Steven J. Pudell<br>Steven J. Pudell (SP0127) |
| White Fleischner & Fino, LLP<br>Attorneys for Plaintiff Occidental Fire and Casualty Company of North Carolina | Anderson Kill P.C.<br>Attorneys for Defendants Monica Bernal and Yury Vargas |
| 61Broadway, 18th Fl.<br>New York, NY 10006<br>212-487-9700<br>JFord@WFF-LAW.com | One Gateway Center<br>Ste. 1510<br>Newark, NJ 07102<br>973-642-5877<br>SPudell@AndersonKill.com |

**SO ORDERED:**

_____