UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

OCCIDENTAL FIRE AND CASUALTY COMPANY OF
NORTH CAROLINA,

                          Plaintiff,

-against-

MONICA BERNAL and YURY VARGAS

     and

ASHKAHN PAJOOHI and STEPHANIE ATKINSON as
Interested Parties

                        Defendants.

-----------------------------------------------------------------X

Docket No. 15 cv 00758

**NOTICE OF APPEARANCE**

To the Clerk of this Court:

    Please enter my appearance as counsel in this case for Plaintiff OCCIDENTAL FIRE AND CASUALTY COMPANY OF NORTH CAROLINA.

    I certify that I am admitted to practice before this Court.

Dated: New York, NY
         March 20, 2015

                                               WHITE FLEISCHNER & FINO, LLP

                                               By: _____
                                                    JENNIFER F. MINDLIN
                                               *Counsel for Plaintiff, OCCIDENTAL FIRE AND*
                                               *CASUALTY COMPANY OF NORTH CAROLINA*
                                               61 Broadway, 18th Floor
                                               New York, New York 10006
                                               (212) 487-9700; jmindlin@wff-law.com
                                               Our File No.: 344-18574